**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

The People of the State of Illinois, ex rel. Kwame Raoul, Attorney General

                Plaintiff,

v.                              Case No.: 1:22−cv−05339
                              Honorable Robert W. Gettleman

Monsanto Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 16, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendants' Unopposed Motion for Extension of Time to Bring Third−Party Contribution and/or Indemnity Claims [137] is granted. Defendants deadline to file a third−party contribution and/or indemnity claim is extended to 3/31/2025. Motion presentment hearing set before Magistrate Judge Weisman is stricken. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.