UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

The People of the State of Illinois, ex rel. Kwame
Raoul, Attorney General

        Plaintiff,

v.        Case No.: 1:22−cv−05339
        Honorable Robert W. Gettleman

Monsanto Company, et al.

        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2025:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status/Ruling on motion hearing held. Discussion held regarding Plaintiff's motion to compel [150]. Electronic ruling on motion by 1/30/25. As to status, Plaintiff continuing to produce documents and information. Status hearing set for 3/4/25 at 3:00 p.m. Joint status report due by noon on 2/28/25 setting forth the status of discovery and whether any issues exist and proposed next steps. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.