IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, *EX REL*. KWAME RAOUL, ATTORNEY GENERAL, <br><br> Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA LLC, <br><br> Defendants. | No. 1:22-cv-05339 <br> Hon. Robert W. Gettleman <br> (U.S.D.J.) <br> Hon. M. David Weisman <br> (U.S.M.J.) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO BRING THIRD-PARTY CONTRIBUTION AND/OR INDEMNITY CLAIMS**

Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (collectively, "Defendants"), by and through undersigned counsel, and with the agreement of Plaintiff's counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 6(b) and Ill. Sup. Ct. R. 183, for a further extension of time to bring third-party contribution and/or indemnity claims. In support of this Unopposed Motion, Defendants state as follows:

1. On August 29, 2022, Plaintiff, the People of the State of Illinois, *ex rel*. Kwame Raoul, Attorney General ("the State"), filed this action.

2. On August 30, 2022, the State served Defendants.

3. Pursuant to 735 ILCS 5/13–204(b), actions for contribution or indemnity must be brought within "2 years after the party seeking contribution or indemnity has been served with process in the underlying action or no more than 2 years from the time the party . . . knew or should reasonably have known of an act or omission giving rise to the action for contribution or indemnity, whichever period expires later." This would

have made Defendants' deadline to bring such claims potentially as early as August 30, 2024, based on the date of service of process.

4. On November 16, 2023, the Court ordered the State to complete rolling document productions no later than May 31, 2024. ECF No. 110.

5. In the Parties' April 8, 2024 Joint Statue Report, the State "anticipate[d]" that it would "require additional time beyond the May 31, 2024 deadline previously set by the Court for the completion of the parties' respective rolling productions." ECF No. 127.

6. The Court's original May 31, 2024 deadline would have afforded Defendants more than three months to evaluate whether to bring any third-party contribution and/or indemnity claims with the benefit of the State's completed production.

7. In the Parties' May 28, 2024 Joint Status Report, the State requested that its deadline to substantially complete producing documents be pushed to February 28, 2025. Defendants did not oppose the State's requested extension. ECF No. 134.

8. On May 30, 2024, the Court granted the State's request and set a new February 28, 2025 deadline for it to substantially complete its production.

9. On August 15, 2024, Defendants requested an unopposed extension of time to bring third-party contribution and/or indemnity claims under 735 ILCS 5/13–204(b) until and including March 31, 2025, thirty days after the State's then-February 28, 2025 deadline to complete its production. ECF Nos. 137-38.

10. The Court granted Defendants' unopposed motion on August 15, 2024. ECF No. 139.

11. In the Parties' February 28, 2025 Joint Status Report, the State indicated it will substantially complete producing documents by March 21, 2025, three weeks later than

previously anticipated. The State also noted that between February 28 and March 21, 2025, it anticipate producing an additional 118,738 documents. ECF No. 157.

12. Fed. R. Civ. P. 6(b)(1)(A) states that where "an act may or must be done within a specified time, the court may, for good cause, extend the time" by way of a motion made before the original time expires.

13. Similarly, Ill. Sup. Ct. R. 183 states that the court, "for good cause shown on motion after notice to the opposite party, may extend the time for … the doing of any act which is required by the rules to be done within a limited period, either before or after the expiration of the time."

14. As before, good cause exists under both state and federal law for this further extension. Defendants' prior extension request, which the Court granted, was based on the grounds that Defendants should not be forced to make the decision of whether to bring any third-party contribution claims without the benefit of the State's completed document production. When Defendants' requested the new deadline of March 31, 2025, they anticipated having sufficient time after the State's productions were completed on February 28, 2025 to analyze the documents. Based on the State's representations in the Parties' latest Joint Status Report, Defendants expect to receive nearly 120,000 documents in March 2025. As a result, the current deadline is no longer workable nor equitable.

15. This Motion is not being presented to cause unnecessary delay, or for any other improper purpose, but is sought in order to provide Defendants with adequate and equitable time to evaluate whether to bring any third-party contribution claims.

16. On March 14, 2025, counsel for the State confirmed that the State does not oppose the extension requested herein.

WHEREFORE, Defendants respectfully request that this Court grant this Unopposed Motion and enter an order allowing Defendants an extension of time, up to and including May 30, 2025, to bring any third-party contribution and/or indemnity claims in response to the State's Complaint.

Date: March 14, 2025

Respectfully submitted,

By: */s/ Kathryn A. Larkins*

Julia Zousmer (6325189)
**KING & SPALDING LLP**
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6920
jzousmer@kslaw.com

Tracie J. Renfroe (admitted *pro hac vice*)
**KING & SPALDING LLP**
1100 Louisiana Street
Houston, TX 77002
Telephone: (713) 751-3214
trenfroe@kslaw.com

Nicholas H. Howell (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
nhowell@kslaw.com

Alexandra J. Kennedy-Breit (admitted *pro hac vice*)
Brian Priestley (admitted *pro hac vice*)
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4392

akennedy-breit@kslaw.com

Adam E. Miller (6206249)
**SHOOK, HARDY & BACON L.L.P.**
The Plaza in Clayton
190 Carondelet Plaza, Suite 1350
St. Louis, MO  63105
Telephone:  (314) 690-0200
amiller@shb.com

Kathryn A. Larkins (admitted *pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO  64108
Telephone:  (816) 474-6550
klarkins@shb.com

Riley C. Mendoza (6314666)
William F. Northrip (6315988)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone:  (312) 704-7700
rmendoza@shb.com
wnorthrip@shb.com

*Attorneys for Defendants* **MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA LLC**