**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| The People of the State of Illinois, *ex rel*. Kwame Raoul, Illinois Attorney General, | |
| Plaintiff, | No. 22-C-5339 |
| v. | Judge Robert W. Gettleman |
| Monsanto Co.; Solutia, Inc; and Pharmacia LLC, | |
| Defendants. | |

**AGREED MOTION TO DISMISS PURUSANT TO SETTLEMENT**

The parties are pleased to report they have reached an agreement to settle this case and, consistent with that agreement, they jointly move the Court to enter a proposed order of dismissal. In support of this motion, the parties state as follows:

1.      This case arises from a complaint filed by the State of Illinois (the "State"), acting by and through its Attorney General, asserting various claims against Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants"). The case is on behalf of the State and on behalf of Illinois residents for alleged environmental impairments related to pollutants known as PCBs (polychlorinated biphenyls), including alleged natural resource damages and impairments to waterbodies and other natural resources arising from alleged releases of PCBs from the Krummrich Plant in Sauget, Illinois and arising from PCB-containing products sold or introduced into the State.

2.      The parties have reached an agreement to settle this case under a Settlement Agreement that provides for Monsanto to make settlement payments in the form of an "Initial Amount" to be paid in full by March 31, 2026, and a "Contingent Amount" that is contingent on Monsanto's ongoing efforts to recover funds through an "Indemnity Action" against other parties.

3. The Settlement Agreement provides for Monsanto to make the settlement payments pursuant to wire instructions for ultimate distribution to the State of Illinois and the following "Cities" that opted out of a prior class action settlement: the City of Chicago, the City of Evanston, the City of Lake Forest, the City of North Chicago, the City of Zion, the Village of Beach Park, the Village of Glencoe, the Village of Lake Bluff, the Village of Winnetka, and the Village of Winthrop Harbor.

4. The allocation of settlement proceeds is subject to separate agreements between the State and the Cities and among the Cities themselves. The settlement proceeds allocated to the State will be for ultimate deposit into one or more of the following funds: the EPA Court Trust Fund (Fund 0154) created pursuant to the Illinois Environmental Protection Act, 415 ILCS 5/1, with subsequent expenditure from the 0154 Fund to be made pursuant to agreement between the Illinois Environmental Protection Agency and Illinois Department of Natural Resources; the Illinois Environmental Protection Trust Fund created pursuant to the Illinois Environmental Protection Trust Fund Act, 30 ILCS 125/1; and Illinois Attorney General State Projects and Court Ordered Distribution Fund (Fund 801) with subsequent expenditure from the 801 Fund at the sole discretion of and as authorized by the Illinois Attorney General.

5. Because the settlement payments will be made over time, the parties ask the Court to dismiss this action under Fed. R. Civ. P. 41(a)(2) with prejudice. A draft of a proposed dismissal order is submitted as Exhibit 1 and will be submitted to the Court's email for proposed orders.

| December 8, 2025 | Respectfully submitted, |
|---|---|

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF ILLINOIS, *EX REL.* KWAME RAOUL, ATTORNEY GENERAL** | **MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA LLC** |
| By: _/s/ Viola Vetter_ | By: _/s/ Carolyn J. Weltman_ |
| Jay W. Eisenhofer<br>Kyle J. McGee<br>Viola Vetter<br>Jason H. Wilson<br>Juliana Carter<br>**GRANT & EISENHOFER P.A.**<br>123 South Justison Street<br>Wilmington, DE 19801<br>(302) 622-7000<br>jeisenhofer@gelaw.com<br>kmcgee@gelaw.com<br>vvetter@gelaw.com<br>jwilson@gelaw.com<br>jcarter@gelaw.com | Julia Zousmer (6325189)<br>Carolyn J. Weltman (6330620)<br>**KING & SPALDING LLP**<br>110 N. Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>Telephone: (312) 764-6920<br>jzousmer@kslaw.com<br>cweltman@kslaw.com |
| | Tracie J. Renfroe (admitted *pro hac vice*)<br>**KING & SPALDING LLP**<br>1100 Louisiana Street<br>Houston, TX 77002<br>Telephone: (713) 751-3214<br>trenfroe@kslaw.com |
| Joseph A. Power<br>Larry R. Rogers, Jr.<br>Robert Thomas<br>Jonathan M. Thomas<br>James Power<br>**POWER ROGERS LLP**<br>70 West Madison Street, Suite 5500<br>Chicago, IL 60602<br>(312) 236-9381<br>joepower@PowerRogers.com<br>lrogersjr@PowerRogers.com<br>rthomas@PowerRogers.com<br>jthomas@PowerRogers.com<br>jamespower@PowerRogers.com | Nicholas H. Howell (admitted *pro hac vice*)<br>**KING & SPALDING LLP**<br>1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309<br>Telephone: (404) 572-4600<br>nhowell@kslaw.com |
| | Alexandra J. Kennedy-Breit (admitted *pro hac vice*)<br>Brian Priestley (admitted *pro hac vice*)<br>**KING & SPALDING LLP**<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone: (213) 443-4392<br>akennedy-breit@kslaw.com |
| Stephen J. Sylvester<br>Elizabeth Dubats<br>Nancy J. Tikalsky<br>**OFFICE OF THE ILLINOIS ATTORNEY GENERAL**<br>Environmental Bureau<br>69 West Washington Street, Suite 1800<br>Chicago, IL 60602<br>(312) 814-2550<br>stephen.sylvester@ilag.gov | Kathryn A. Larkins (admitted *pro hac vice*)<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>klarkins@shb.com<br><br>Riley C. Mendoza (6314666) |

| | |
|---|---|
| elizabeth.dubats@ilag.gov<br>nancy.tikalsky@ilag.gov<br><br>***Attorneys for Plaintiff*** | William F. Northrip (6315988)<br>**SHOOK, HARDY & BACON L.L.P.**<br>111 South Wacker Drive, Suite 4700<br>Chicago, IL 60606<br>Telephone: (312) 704-7700<br>rmendoza@shb.com<br>wnorthrip@shb.com<br><br>***Attorneys for Defendants*** |