# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| The People of the State of Illinois, *ex rel*. Kwame Raoul, Illinois Attorney General, | |
| Plaintiff, | No. 22-C-5339 |
| v. | Judge Robert W. Gettleman |
| Monsanto Co.; Solutia, Inc; and Pharmacia LLC, | |
| Defendants. | |

## AGREED ORDER OF DISMISSAL

This matter is before the Court on the parties' Agreed Motion to Dismiss Pursuant to Settlement. Being fully advised, the Court orders as follows:

1. The parties have reached an agreement to settle this case under a Settlement Agreement that provides for Monsanto to make settlement payments in the form of an "Initial Amount" to be paid in full by March 31, 2026, and a "Contingent Amount" that is contingent on Monsanto's ongoing efforts to recover funds through an "Indemnity Action" against other parties.

2. The settlement payments shall be made pursuant to the Settlement Agreement for distribution to the State of Illinois and certain cities; namely, the City of Chicago, the City of Evanston, the City of Lake Forest, the City of North Chicago, the City of Zion, the Village of Beach Park, the Village of Glencoe, the Village of Lake Bluff, the Village of Winnetka, and the Village of Winthrop Harbor. The allocation to the State shall be for ultimate deposit into one or more of the following funds: the EPA Court Trust Fund (Fund 0154) created pursuant to the Illinois Environmental Protection Act, 415 ILCS 5/1, with subsequent expenditure from the 0154 Fund to be made pursuant to agreement between the Illinois Environmental Protection Agency and Illinois Department of Natural Resources; the Illinois Environmental Protection Trust Fund

created pursuant to the Illinois Environmental Protection Trust Fund Act, 30 ILCS 125/1; and Illinois Attorney General State Projects and Court Ordered Distribution Fund (Fund 801), with subsequent expenditure from the 801 Fund at the sole discretion of and as authorized by the Illinois Attorney General.

       3.      Based on the parties' Agreed Motion to Dismiss Pursuant to Settlement and pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby dismisses this case with prejudice.

SO ORDERED:

_Robert W. Gettleman_
Hon. Robert W. Gettleman

DATE: December 8, 2025